The following constitutes
the order of the court. Signed September 21, 2011

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No: 09-44240 WJL |
| **RAFAEL VEGA and CECILIA DEL CARMEN VEGA,** | Chapter 13 |
| Debtors. _____/ | ORDER APPROVING LOAN MODIFICATION |

The Court having considered the Debtors' Ex-Parte Motion to Approve Loan Modification, there being no opposition by the Trustee and good cause appearing;

**IT IS ORDERED** that the loan modification of the 1st Deed of Trust of BAC Home Loans Servicing, LP on the real property located at 7948 North Locke Road, Vacaville, CA 95688, is hereby approved. This order should not be construed as Judge approval of any specific modification terms, but merely serve as the court's approval of entering into the loan modification agreement.

***END OF ORDER***

**COURT SERVICE LIST**

**Attorneys for Debtors**
Patrick L. Forte
Anne Y. Shiau
One Kaiser Plaza, #480
Oakland, CA 94612


**Chapter 13 Trustee**
Martha Bronitsky, Trustee
P.O. Box 5004
Hayward, CA 94540


U.S. Trustee
1301 Clay Street, #690N
Oakland, CA  94612

**Debtors**
Rafael Vega
Cecilia Del Carmen Vega
7948 North Locke Road
Vacaville, CA 95688

Creditor
BAC Home Loans Servicing, LP
Attn: Home Retention Division
CA6-919-01-43
400 National Way
Simi Valley, CA 95688